UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 22-CR-10356-LTS(s) |
| | ) |
| v. | ) Violations: |
| | ) |
| (1) SAMUEL FONSECA, and | ) Count One: Conspiracy to Distribute and to |
| (2) ELIJAH MELTON, a/k/a "E-nice," | ) Possess with Intent to Distribute Controlled |
| | ) Substances |
| Defendants. | ) (21 U.S.C. § 846) |
| | ) |
| | ) Count Two: Distribution of and Possession |
| | ) with Intent to Distribute 400 Grams or More of |
| | ) Fentanyl; Aiding and Abetting |
| | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 |
| | ) U.S.C. § 2) |
| | ) |
| | ) Forfeiture Allegation: |
| | ) (21 U.S.C. § 853) |

SUPERSEDING INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Controlled Substances
(21 U.S.C. § 846)

The Grand Jury charges:

In or about December 2022, in Attleboro, in the District of Massachusetts, and elsewhere,

the defendants,

(1) SAMUEL FONSECA, and
(2) ELIJAH MELTON, a/k/a "E-Nice,"

conspired with other persons known and unknown to the Grand Jury, to knowingly and

intentionally distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of

1

a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, is reasonably foreseeable by, and is attributable to, (1) SAMUEL FONSECA, and (2) ELIJAH MELTON, a/k/a "E-Nice." Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants (1) SAMUEL FONSECA, and (2) ELIJAH MELTON, a/k/a "E-Nice."

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Distribution of and Possession with Intent to Distribute
400 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about December 7, 2022, in Attleboro, in the District of Massachusetts, and elsewhere, the defendants,

(1) SAMUEL FONSECA, and
(2) ELIJAH MELTON, a/k/a "E-Nice,"

did knowingly and intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.      Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two,

(1) SAMUEL FONSECA, and
(2) ELIJAH MELTON, a/k/a "E-Nice,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants-

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

4

A TRUE BILL

FOREPERSON

LINDSEY E. WEINSTEIN
KAITLIN O'DONNELL
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 6TH, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F Quinn  12/6/23 @ 1:30pm.
DEPUTY CLERK