AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:22-cr-10356-LTS-2 |
| Elijah Melton | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elijah Melton DOB: 1994,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
See attached:

Date: 02/27/2024

/s/ Jarrett Lovett
*Issuing officer's signature*

City and state: Boston, MA

Jarrett Lovett - Courtroom Deputy Clerk
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* February 27, 2024, and the person was arrested on *(date)* February 28, 2024 at *(city and state)* Middleboro, Massachusetts. |
|---|

Date: February 28, 2024

*Arresting officer's signature*

Timothy Kenny, Special Agent
*Printed name and title*